AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:25-CR-00037 (AMN) |
| Collins Bozil ) | |
| ) | |
| *Defendant* ) | |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Mar 24 - 2025
John M. Domurad, Clerk

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/24/2025

_Collins Bozil_
Defendant's signature

_James Tyner_
Signature of defendant's attorney

James Tyner
Printed name of defendant's attorney

_Anne M. Nardacci_
Judge's signature

Hon. Anne M. Nardacci
Judge's printed name and title